William L. BRADY, Appellant, Pro Se,

v.

Larry J. KEATING, Respondent.

No. WD 62034.

Missouri Court of Appeals,
Western District.

Oct. 7, 2003.

William L. Brady, Lee's Summit, pro se.

Mark J. Bredemeier, Lee's Summit, for respondent.

Before ELLIS, C.J., LOWENSTEIN and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appellant filed for a protective order under Sections 455.010–.085, R.S.Mo.2000. From a judgment for respondent, the appellant raises three points, none of which have merit. Affirmed. Rule 84.16(b).